UNITED STATES DISTRIC COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 17-20386-CIV-OTAZO-REYES

CONSENT CASE

BERNARD M. ALBURY,
and other similarly-situated individuals,

      Plaintiff,

v.

TSI LOGISTICS, LLC
and THOMAS SWIDORSKI
individually,

      Defendants,

_____/

**<u>FINAL ORDER OF DISMISSAL WITH PREJUDICE</u>**

THIS CAUSE having come before the Court upon the parties' Joint Stipulation for Dismissal, and pursuant to the confidential Settlement Agreement reached between the parties, and upon the full record, it is

ORDERED AND ADJUDGED that:

1.     The parties' settlement is hereby APPROVED.

2.     This case is DISMISSED with prejudice, with the Court retaining jurisdiction to enforce the parties' settlement.

3.     Any and all pending motions are hereby DENIED AS MOOT.

DONE AND ORDERED, in Miami-Dade County, Florida, this __ day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

cc:    Zandro E. Palma, Esq.
       Keith M. Stern, Esq.